BEFORE THE SECOND DIVISION, FEBRUARY 8, 1962

No. 66443.—Seedman International Corp. v. United States, protests 61/19181 and 61/19174 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66444.—Heads and Threads, Inc. v. United States, protests 59/31245(B), etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

FEBRUARY 5, 1962

No. 66445.—Ster Wood Corp. v. United States, protests 58/20096, etc., abandoned January 19, 1962. (Not published.) (Initial No. 58/2791.) Protests 59/15329, etc., abandoned January 10, 1962. (Not published.) (Initial No. 58/7519.) Plaintiff's application for rehearing granted.

No. 66446.—A. Zerkowitz & Co., Inc. v. United States, protest 61/11500. Protest dismissed November 20, 1961. (Not published.) Plaintiff's application for rehearing granted.

FEBRUARY 7, 1962

No. 66447.—Vernon Specialties Co. v. United States, protests 59/17434(A) and 59/17434(B). Protests abandoned January 18, 1962. (Not published.) (Initial No. 308684-K.) Plaintiff's application for rehearing granted.

FEBRUARY 9, 1962

No. 66448.—Ottavia, Inc. v. United States, protests 304474-K, etc. Protests abandoned January 12, 1962. (Not published.) (Initial No. 248613-K.) Plaintiff's application for rehearing granted.